```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**REINALDO DEJESUS JR.**            :            **CIVIL ACTION**
                                    :
    **v.**       :
                                    :
**CITY OF PHILADELPHIA**             :            **NO. 15-4318**

### O R D E R

AND NOW, this   10th   day of August 2015, IT IS ORDERED that:

    1.   Leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is GRANTED;

    2.   This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

    3.   The Clerk of Court shall CLOSE this case.

                  **BY THE COURT:**


                    <u>s/J. Curtis Joyner</u>
                    **J. CURTIS JOYNER, J.**